Pernell C. TRAPPS, Appellant,

v.

UNITED STATES, Appellee.

No. 2096.

Municipal Court of Appeals for the District of Columbia.

Argued Dec. 9, 1957.

Decided Jan. 14, 1958.

John McDaniel, Washington, D. C., for appellant.

Louis M. Kaplan, Asst. U. S. Atty., Washington, D. C., with whom Oliver Gasch, U. S. Atty., Lewis Carroll and Jack M. Stark, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellant was convicted by a jury of simple assault. In bringing this appeal, he contends that the trial court erred in refusing to charge the jury on the law of self-defense. We have carefully reviewed the statement of proceedings and evidence and

8. Bannon v. Peerless Weighing & Vending Mach. Corporation, 318 Mass. 607, 63 N.E.2d 335; Restatement, Torts, § 447.

conclude that the trial judge rightly refused to submit the issue to the jury because of lack of evidence to sustain it. We are satisfied that appellant's substantial rights have not been prejudiced.

Affirmed.